UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   12-60616-CV-DIMITROULEAS/SNOW

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| GEORGE ELIA, | ) |
| INTERNATIONAL CONSULTANTS & | ) |
| INVESTMENT GROUP LTD. CORP., | ) |
| | ) |
| **Defendants,** | ) |
| | ) |
| 212 ENTERTAINMENT CLUB, INC., | ) |
| ELIA REALTY, INC., | ) |
| | ) |
| **Relief Defendants.** | ) |
| _____ | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE OF ITS CLAIMS FOR
CIVIL PENALTIES AGAINST DEFENDANTS GEORGE ELIA AND
INTERNATIONAL CONSULTANTS & INVESTMENT GROUP LTD. CORP.**

Plaintiff Securities and Exchange Commission hereby files this Notice of Voluntary Dismissal with prejudice as to its claims for a civil penalty against Defendants George Elia ("Elia") and International Consultants & Investment Group Ltd. Corp. ("ICIG", and, together with Elia, the "Defendants").

On May 16, 2013, the Court entered final judgments and permanent injunction by consent against the respective Defendants.  (D.E. ## 59, 60.)  The only outstanding issue as to each of the Defendants was the amounts of the disgorgement, prejudgment interest, and civil penalty claims, if any, to be sought by the Commission.

The Commission now voluntarily dismisses its civil penalty claim against Elia because of his sentencing in the parallel criminal case. On June 12, 2013, the Court in the parallel criminal case sentenced Elia to 144 months in prison while deferring restitution until September 13, 2013. *United States v. Elia*, Case No. 0:12-cr-60077-KMW (D.E. # 136.)

The Commission also voluntarily dismisses its civil penalty claim against ICIG.

With these voluntary dismissals of the civil penalty claims against the Defendants, the only outstanding issues in this action are the Commission's disgorgement and prejudgment interest claims against the Defendants and the two relief defendants, 212 Entertainment Club, Inc. and Elia Realty, Inc. The Commission is filing simultaneously with this notice a motion addressing the disgorgement issues.

Respectfully submitted,

June 24, 2013        By:    s/ Robert H. Murphy
                            Robert H. Murphy
                            Senior Counsel
                            SDFL Special Bar No. A5501739
                            New York Bar Reg. No. 2928075
                            Direct Dial: (305) 982-6388
                            E-mail: murphyrob@sec.gov

                            **ATTORNEY FOR PLAINTIFF**
                            **SECURITIES AND EXCHANGE COMMISSION**
                            801 Brickell Avenue, Suite 1800
                            Miami, Florida 33131
                            Telephone: (305) 982-6300
                            Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel for records or *pro se* parties via the methods of service described below.

s/ Robert H. Murphy

**SERVICE LIST**
**SEC v. George Elia, et al.**
**Case No.: 12-60616-CV-DIMITROULEAS/SNOW**
**United States District Court, Southern District of Florida**

Andrew Rier, Esq.
Diksha Mehan, Esq.
Andrew Rier P.A.
10800 Biscayne Boulevard, Ste. 900
Miami, FL 33161-7492
Telephone: 305-899-1212
Facsimile: (305) 892-2297
Email: lawoffice@rierlaw.com
Service via CM/ECF notice
*Attorneys for Defendants and Relief Defendants*