UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   12-60616-CV-DIMITROULEAS/SNOW

SECURITIES AND EXCHANGE COMMISSION,    )
                                       )
           Plaintiff,                  )
v.                                     )
                                       )
GEORGE ELIA,                           )
INTERNATIONAL CONSULTANTS &            )
INVESTMENT GROUP LTD. CORP.,           )
                                       )
           Defendants,                 )
                                       )
212 ENTERTAINMENT CLUB, INC.,          )
ELIA REALTY,  INC.,                    )
                                       )
           Relief Defendants.          )
_____)

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE OF ITS CLAIMS FOR DISGORGEMENT AND PREJUDGMENT
INTEREST AGAINST DEFENDANTS GEORGE ELIA AND INTERNATIONAL
CONSULTANTS & INVESTMENT GROUP LTD. CORP. AND RELIEF DEFENDANTS
212 ENTERTAINMENT CLUB, INC. AND ELIA REALTY, INC.**

Plaintiff Securities and Exchange Commission dismisses its claims for disgorgement and prejudgment interest against Defendants George Elia and International Consultants & Investment Group Ltd. Corp. and against Relief Defendants 2121 Entertainment Club, Inc. and Elia Realty, Inc. as a result of restitution ordered against Elia in the parallel criminal case.

There are no remaining issues in this litigation.  Plaintiff respectfully requests that the case be removed from the calendar call on September 27, 2013 and the trial docket for September 30, 2013, as set in the Court's Orders entered June 25, 2013 and July 22, 2013 (D.E. ## 68 and 69).

Respectfully submitted,

September 18, 2013          By:     s/ Robert H. Murphy
                                    Robert H. Murphy
                                    Senior Counsel
                                    SDFL Special Bar No. A5501739
                                    New York Bar Reg. No. 2928075
                                    Direct Dial: (305) 982-6388
                                    E-mail: murphyrob@sec.gov

                                    **ATTORNEYS FOR PLAINTIFF**
                                    **SECURITIES AND EXCHANGE COMMISSION**
                                    801 Brickell Avenue, Suite 1800
                                    Miami, Florida 33131
                                    Telephone: (305) 982-6300
                                    Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Robert H. Murphy

## SERVICE LIST
### SEC v. George Elia, et al.
### Case No.: 12-60616-CV-DIMITROULEAS/SNOW
### United States District Court, Southern District of Florida

Andrew Rier, Esq.
Diksha Mehan, Esq.
Andrew Rier P.A.
10800 Biscayne Boulevard, Ste. 900
Miami, FL 33161-7492
Telephone: 305-899-1212
Facsimile: (305) 892-2297
Email: lawoffice@rierlaw.com
Service via CM/ECF notice
*Attorneys for Defendants and Relief Defendants*